STATE OF NEW JERSEY v. ALBERT WILLIAM HESS, JR.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE WILSON.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN MOODY.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK HALEY.

June 28, 1983.

Petition for certification denied.

IN RE PAROLE APPLICATION OF THOMAS TRANTINO.

June 28, 1983.

Petition for certification denied.